IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| KHADIJAH EWING, INDIVIDUALLY AND AS LEGAL GUARDIAN OF Z.R. (MINOR), | : : : : | |
| Plaintiffs, | : : | CV 124-182 |
| v. | : : | |
| THE UNITED STATES OF AMERICA, THE UNITED STATES DEPARTMENT OF JUSTICE, THE UNITED STATES POSTAL SERVICE, and NATHANIEL WILLIAMS, | : : : : : : | |
| Defendants. | : : | |

## ORDER

Before the Court is the Joint Consent Motion to Drop a Party pursuant to Fed. R. Civ. P. 21. It appearing to this Court that the parties have agreed that the United States Department of Justice, the United States Postal Service, and Nathaniel Williams are not proper Defendants and should be dropped from the case, and the United States should remain as the sole Defendant in this case, and as the parties have consented to the same, it is hereby **ORDERED**:

1. The Joint Consent Motion to Drop a Party is **GRANTED**. (Doc. no. 5.)
2. The caption of this case shall be amended to reflect the United States as the sole Defendant.
3. The Plaintiff may file an Amended Complaint to the extent permitted by Fed. R. Civ. P. 15.

**SO ORDERED** this 19th day of December, 2024, at Augusta, Georgia.

_____
BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA